## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donte Dauwon Coulter | CASE NUMBER: |
| **PLAINTIFF** | 2:25-cv-05867-SB-BFM |
| v. | |
| Ford Motor Company et al | **JUDGMENT** |
| **DEFENDANT** | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on    February 4, 2026 as docket number    37    (the "Offer of Judgment"), judgment is hereby entered for

Donte Dauwon Coulter, plaintiff

and against

Ford Motor Company, defendant

according to the terms set forth in the Offer of Judgment.

Date:  February 9, 2026

By:  /s/ Lynnie Fahey

Deputy Clerk

CV-140 (02/21)                                              **JUDGMENT**